2010-12512
FILED
May 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002630336


(2) pages
GARY HUSS      SBN #057370
ATTORNEY AT LAW
3649 W. Beechwood Ave., Ste. 102
Fresno, CA 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the matter of:                              )      Bk. No. 10-12512-A-13
                                               )      Chapter 13
SUSANNA KHALATYAN                              )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )
Debtor(s).                                     )
                                               )
_____                  )

## ORDER CONFIRMING CHAPTER 13 PLAN

The Chapter 13 Plan of the above-named debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. Section 1325.

Therefore, **IT IS ORDERED** that the Chapter 13 Plan filed on March 11, 2010 is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any changes in the debtor's address;

2. The debtor shall immediately notify the Trustee in writing of termination, reduction of, or

RECEIVED
May 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002630336

1 | other change in the employment of the debtor; and

2 |     3. The debtor shall appear in court whenever notified to do so by the court.

3 |     **IT IS FURTHER ORDERED** that the attorney's fees for the debtors' attorney in the full

4 | amount of $3,500.00 are approved, $1,726.00 of which were paid prior to the filing of the petition.

5 | The balance of $1,774.00, provided that the attorney and debtor have executed and filed a Rights and

6 | Responsibilities of Chapter 13 Debtors and their Attorneys, shall be paid by the Trustee from plan

7 | payments at the rate specified in the Guidelines for payment of Attorneys' Fees in Chapter 13 Cases.

8

9

10

Approved by the Chapter 13
11 | Trustee as to form.

12

13

14

Dated:

May 14, 2010

                                          United States Bankruptcy Judge

19

20

21

22

23

24

25

26

27

28 | **ORDER CONFIRMING PLAN**