**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | | |
|---|---|---|
| **Case Title :** | Susanna Khalatyan | **Case No :** 10−12512 − A − 13 |
| | | **Date :** 6/10/10 |
| | | **Time :** 09:00 |
| **Matter :** | [19] − Motion/Application to Value Collateral of Chase Manhattan Mortgage [GH−2] Filed by Debtor Susanna Khalatyan (isaf) | UNOPPOSED |
| **Judge :** | Richard T. Ford | |
| **Courtroom Deputy :** | Gay Parker | |
| **Reporter :** | Linda Gorman | |
| **Department :** | A | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

HEARING was :

Notice was adequate pursuant to LBR 9014−1(f)(1). The motion is supported by competent evidence. No timely opposition has been filed. Therefore, pursuant to the above and to findings of fact and conclusions of law set forth on the record, the motion is granted.