Case 10-12512    Filed 06/11/10    Doc 39

2010-12512
FILED
June 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002695605

(2)
GARY HUSS          SBN 057370
ATTORNEY AT LAW
3649 W. Beechwood Ave., Ste. 102
Fresno, CA 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In the matter of: | ) | Bk. No. 10-12512-A-13 |
| | ) | Chapter 13 |
| SUSANNA KHALATYAN | ) | |
| | ) | DC No. GH-3 |
| | ) | |
| | ) | Date: June 10, 2010 |
| Debtor(s). | ) | Time: 9:00 a.m. |
| | ) | Dept: A |
| | ) | Courtroom 11, 5th Floor |
| | ) | Honorable Whitney Rimel |

**ORDER GRANTING MOTION TO VALUE COLLATERAL**

After notice and hearing, with good cause appearing, the court finds that the motion to value collateral of the debtors is granted.

**IT IS ORDERED** that the motion to value the collateral of Wachovia Mortgage (3rd Deed of Trust) is granted. The replacement value of the collateral is determined to be less than the amount of all superior liens. As such, the secured claim of Wachovia Mortgage (3rd Deed of Trust) is determined

RECEIVED
June 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002695605

to be wholly unsecured. Any otherwise timely and valid claim filed by the creditor shall be allowed as a general unsecured claim and may be provided for as a general unsecured claim in the chapter 13 plan.

**IT IS SO ORDERED.**

Dated: June 11, 2010

W. Richard Lee
United States Bankruptcy Judge