2010-12512
FILED
June 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002695584

```
 1 | (2)
   | GARY HUSS          SBN 057370
 2 | ATTORNEY AT LAW
   | 3649 W. Beechwood Ave., Ste. 102
 3 | Fresno, CA 93711
   | Telephone: (559) 441-7073
 4 | Facsimile: (559) 261-4916
 5 |
   | Attorney for Debtor(s)
 6 |
 7 |
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In the matter of: | ) | Bk. No. 10-12512-A-13 |
|---|---|---|
| | ) | Chapter 13 |
| SUSANNA KHALATYAN | ) | |
| | ) | DC No. GH-2 |
| | ) | |
| | ) | |
| | ) | Date: June 10, 2010 |
| Debtor(s). | ) | Time: 9:00 a.m. |
| | ) | Dept: A |
| | ) | Courtroom 11, 5th Floor |
| | ) | Honorable Whitney Rimel |

## ORDER GRANTING MOTION TO VALUE COLLATERAL

After notice and hearing, with good cause appearing, the court finds that the motion to value collateral of the debtors is granted.

**IT IS ORDERED** that the motion to value the collateral of Chase Manhattan Mortgage (2nd Deed of Trust) is granted. The replacement value of the collateral is determined to be less than the amount of all superior liens. As such, the secured claim of Chase Manhattan Mortgage (2nd Deed of

RECEIVED
June 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002695584

Trust) is determined to be wholly unsecured. Any otherwise timely and valid claim filed by the creditor shall be allowed as a general unsecured claim and may be provided for as a general unsecured claim in the chapter 13 plan.

**IT IS SO ORDERED.**

Dated: June 11, 2010

W. Richard Lee
United States Bankruptcy Judge